IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

GA. No. 479955

ALONZO MOREFIELD, JR. AIS 237882 )
_____ )
Full name and prison number of )
plaintiff(s) )
 )
v. )
 )
KATHY HOLT, INDIVIDUALLY )
_____ )
AND IN OFFICIAL CAPACITY )
_____ )
ACTING UNDER COLOR OF )
_____ )
STATE LAW. )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

2007 JAN 29 A 10:10

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL ACTION NO. 2:07cv80-MHT
(To be supplied by the Clerk of the
U.S. District Court)

**DEMAND FOR JURY TRIAL**

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?    Yes ( )    No (X)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?    Yes (X)    No ( )

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to this previous lawsuit:
      Plaintiff(s) ALONZO MOREFIELD, JR.

      Defendant(s) CALVIN J. BROWN

   2. Court (if federal court, name the district; if state court, name the county)
      U.S. DISTRICT COURT FOR NORTHERN DISTRICT OF GEORGIA

   3. Docket No. UNASSIGNED AT DATE OF THIS FILING

   4. Name of Judge to whom case was assigned UNASSIGNED AS OF THIS DATE.

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _Pending_

6. Approximate date of filing lawsuit _December 7, 2006_

7. Approximate date of disposition _N/A - Pending_

II. PLACE OF PRESENT CONFINEMENT _Georgia State Prison, 300 1st Ave, Reidsville, GA. 30453_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Alabama Dept. of Corrections Headquarters, Montgomery, AL_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

  NAME                                    ADDRESS

1. _Kathy Holt - Employee, Alabama Dept. of Corrections, P.O. Box 301501, Montgomery, AL 36130-1501_

2. _____

3. _____

4. _____

5. _____

6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _June 20, 2005 and on-going as of date of this filing_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _See Attached Memorandum_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
_See Attached Memorandum_

-2-

GROUND TWO: *SEE Attached Memorandum for All Claims*

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

*SEE Attached Memorandum*

_____
Signature of plaintiff(s)

Alonzo MOREFIELD, JR.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 25, January, 2007.
               (date)

_____
Signature of plaintiff(s)

Alonzo MOREFIELD, JR.

# MEMORANDUM

## JURISDICTION

Plaintiff Alonzo Morefield, Jr., is currently incarcerated at Georgia State Prison (GSP) in Reidsville, Georgia. Defendant Kathy Holt, acting under color of state law is sued in her individual and official capacity. Defendant Holt is a employee with Alabama Department of Corrections located in Montgomery Alabama invoking the jurisdiction of U.S. District Court, Middle District of Alabama.

## FACTS

On November 16, 2004, Plaintiff was sentenced in Circuit Court Court of Montgomery County Alabama to a twenty (20) year sentence split to serve five (5) years of incarceration with three years of probation to run concurrent with any sentence plaintiff is currently serving in Georgia. See case no. CC-04-1043, 1044, 1045. Plaintiff is serving a twenty (20) year term of incarceration in Georgia his release date is October 7, 2020. The five year Alabama term of imprisonment is due to expire in July 2009. Alabama sentence will be off set due to the lengthy Georgia sentence.

On June 20, 2005, Defendant requested Georgia Department of Corrections (GDC) to place a active detainer on plaintiff. The detainer is moot because the Alabama sentence will expire years prior to Georgia sentence expiring. This abuse of power effects plaintiff's ability to program and his security with the GDC. Plaintiff has sent notification to Kathy Holt informing her of harm said detainer is doing and plaintiff is not eligible for any early release thus this detainer serves no effect other than harm to plaintiff. All letters to defendant went unanswered.

## CLAIMS FOR RELIEF:

Defendant Holt has violated plaintiffs U.S. Constitutional rights as follows; 5th Amendment Double Jeopardy, 5th Amendment Due Process of Law, 8th Amendment Exessive Punishment, 14th Amendment, Due Process Equal Protection.

## RELIEF REQUESTED:

1. Plaintiff seeks damages and preliminary injunction instructing Alabama Department of Corrections to terminate said detainer until adjudication of this case is complete.

2. Plaintiff seeks monetary damages, compensation for attorney fees. Pending a ruling by this court on plaintiffs motion for appointment of counsel. Plaintiff is pro se and has done all legal work, research, and filings to date in this case. Plaintiff request to recoup damages in the reasonable amount of 75.00 per hour, every hour spent working on this case. The number of hours spent on this case will be listed in a seperate filing upon the courts request.

3. Plaintiff seeks compensatory damages for the intentional and blatant harm caused by the defendant along with mental anguish. The amount of the compensatory damages are to be assessed by the court or jury after evaluating the constitutional violations by defendant Kathy Holt.

## PUNITIVE DAMAGES

Given the constitutional violations by defendant, plaintiff seeks punitive damages. Ms. Holt acted with malice forethought, ill will with the intent to injure plaintiff and indifference. Punitive damages against defendant are proper and sought in the amount of 15,000.00.

Relief is sought through U.S. District Court for the Middle District of Alabama who has jurisdiction over the equitable relief sought herein.

~2~

2:07cv80-MHT

# CERTIFICATE OF SERVICE

This is to certify that I have this day served the opposing party(ies) to this action with a true and correct copy of the within and foregoing _Copy of 42 USC 1983 Complaint and 3 Attached Motions_ by placing a copy of same in the United States Mail, with adequate postage thereon to ensure prompt delivery, and addressing it to:

ALABAMA DEPARTMENT OF CORRECTIONS
ATTN: KATHY HOLT
POST OFFICE BOX 301501
1400 LLOYD STREET
MONTGOMERY, AL. 36130-1501

This 25th day of January, 2007.

_A. Morefield_
ALONZO MOREFIELD, JR.   Pro se

Alonzo Morefield, Jr 479955
Georgia State Prison
2164 Georgia Highway 147
Reidsville, GA. 30499

**LEGAL MAIL**

Enclosed Filing sent to Prison
Mailroom for Same-day
Mailout on 1-25-07. Check
post mark to ensure Prison Staff
Compliance.

Debra P. Hackett, Clerk
U.S. District Court Middle District
Of Alabama Northern Division
Post Office Box 711
Montgomery, AL. 36101-0711

