IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

ALONZO MOREFIELD, JR.,
PLAINTIFF,

vs-

KATHY HOLT, individually AND IN OFFICIAL CAPACITY ACTING UNDER COLOR OF STATE LAW,
Defendant.

2:07CV 80-MHT

CIVIL ACTION 42 USC 1983

RECEIVED 2007 JAN 29 A 10: 10

## MOTION FOR PRELIMINARY INJUNCTION

PLAINTIFF MOVES THIS HONORABLE COURT FOR A PRELIMINARY INJUNCTION IN THIS 42 U.S.C. 1983 CIVIL ACTION. THIS INJUNCTION IS TO INSTRUCT ALABAMA DEPARTMENT OF CORRECTIONS TO CEASE AND DESIST THE ACTIVE DETAINER PLACED WITH GEORGIA DEPARTMENT OF CORRECTIONS AGAINST PLAINTIFF UNTIL THE ADJUDICATION OF THIS CASE.

PLAINTIFF HAS AND WILL CONTINUE TO SUFFER IRREPARABLE HARM WITHOUT SAID INJUNCTION due to his CONSTITUTIONAL RIGHTS being VIOLATED BLATENTLY AND INTENTIONALLY by Defendant. The Likelihood OF PLAINTIFFS SUCCESS IN THIS CASE IS GOOD. CONTINUED HARM WILL be Suffered WITHOUT INJUNCTION. IT IS IN The Public INTEREST THAT defendant obey THE CONSTITUTION AND LAWS OF This Country.

## CONCLUSION

PLAINTIFF ASK This COURT TO ISSUE A PRELIMINARY INJUNCTION AND INSTRUCT ALABAMA DEPARTMENT OF CORRECTIONS TO TEMPORARILY REMOVE ACTIVE DETAINER FROM GEORGIA DEPARTMENT OF CORRECTIONS ON PLAINTIFF PENDING ADJUDICATION OF THIS CASE.

Respectfully Submitted,
ALONZO MOREFIELD, JR.
PLAINTIFF PRO SE

by: *[signature]*