IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

ALONZO MOREFIELD, JR.,
PLAINTIFF,

VS-

KATHY HOLT, individually and
in official capacity acting
under color of state law,
DEFENDANT.

2:07CV80-MHT
CIVIL ACTION 42 U.S.C. 1983

RECEIVED
2007 JAN 29 A 10:10

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION FOR EVIDENTIARY HEARING

Comes now Plaintiff requesting this honorable court to grant a evidentiary hearing on 42 USC 1983 civil action.

Plaintiff feels his case will be best served if he would present his facts in his own words in open courts.

Morefield is not a lawyer and pending a ruling on his motion for appointment of counsel, his pro se status is insufficient to address complex issues in his case.

Plaintiff expecting defendant to deny all claims in the action before this court. To best address these denials a evidentiary hearing is proper.

For reasons stated herein, Plaintiff request this court to grant a evidentiary hearing to facilitate a opportunity for plaintiff to prove claims listed in complaint.

Respectfully submitted,
Alonzo Morefield, Jr.,
Plaintiff, Pro Se.

by: A. Morefield Jr.