IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ALONZO MOREFIELD, JR.  *

   Plaintiff,  *

   v.  *  2:07-CV-80-MHT

KATHY HOLT  *

   Defendant.  *

_____

**ORDER ON MOTION**

Having read and considered Plaintiff's motion for an evidentiary hearing, the court concludes that the motion is due to be denied. Accordingly, it is

ORDERED that the motion for evidentiary hearing (Doc. No. 5) be and is hereby DENIED.

Done, this 31st day of January 2007.

                          /s/Terry F. Moorer
                          TERRY F. MOORER
                          UNITED STATES MAGISTRATE JUDGE