IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ALONZO MOREFIELD, JR.,        )
                              )
    Plaintiff,                )
                              )       CIVIL ACTION NO.
    v.                        )         2:07cv80-MHT
                              )
KATHY HOLT, etc.,             )
                              )
    Defendant.                )
```

ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) Plaintiff's objections (Doc. No. 12) are overruled.

(2) The recommendation of the United States Magstrate Judge (Doc. No. 10) is adopted.

(3) Plaintiff's motion for preliminary injunction (Doc. No. 3) is denied.

(4) This cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 16th day of February, 2007.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**