## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA,
## NORTHERN DIVISION

ALONZO MOREFIELD, JR.,      )
                                  )
      Plaintiff,          )
                                  )
v.                           )    CASE NO. 2:07-CV-080
                                  )
KATHY HOLT,               )
                                  )
      Defendant.      )

## MOTION FOR EXTENSION OF TIME

Comes now the Defendant Kathy Holt, in the above-styled cause, and files this request for an extension of time in which to file her Special Report, stating as follows:

1. Defendant has been on medical leave for a month.

2. Defendant has recently returned to work on a limited basis.

3. A short extension of time to file this Special Report would not unduly prejudice the Plaintiff. The granting of said extension of time would be in the best interest of judicial economy.

                        Respectfully submitted,

                        **/s/ Tara S. Knee**
                        Tara S. Knee
                        Bar Number ASB-7734-A61K
                        Assistant Attorney General
                        Assistant General Counsel
                        Alabama Department of Corrections

## CERTIFICATE OF SERVICE

I also hereby certify that I have mailed by United States Postal Service to the

following:

> Alonzo Morefield
> GA No. 479955
> 300 1st Avenue
> Reidsville, GA 30453

/s/ **Tara S. Knee**
_____
Tara S. Knee
Alabama Department of Corrections

ADDRESS OF COUNSEL:

Tara S. Knee
Alabama Department of Corrections
P.O. Box 301501
Montgomery, Alabama 36130
(334) 353-3881 Phone
(334) 353-3891 FAX
tara.knee@doc.alabama.gov