**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                TELEPHONE (334) 954-3600

March 13, 2007

# NOTICE OF CORRECTION

**From:**            **Clerk's Office**

**Case Style:**       **Alonzo Morefield, Jr. v. Kathy Holt**

**Case Number:**      **#2:07-cv-00080-MHT**

**Referenced Document:**  **Document #14**
                          **Motion for Extension of Time to File Special Report & Answer**

**This notice has been docketed to enter the corrected pdf of the referenced document into the record. The original pdf only contained a certificate of service, no motion. The corrected pdf is attached to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| ALONZO MOREFIELD, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-CV-080 |
| ) | |
| KATHY HOLT, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR EXTENSION OF TIME**

Comes now the Defendant Kathy Holt, in the above-styled cause, and files this request for an extension of time in which to file her Special Report, stating as follows:

1. Defendant has been on medical leave for a month.

2. Defendant has recently returned to work on a limited basis.

3. A short extension of time to file this Special Report would not unduly prejudice the Plaintiff. The granting of said extension of time would be in the best interest of judicial economy.

Respectfully submitted,

/s/ **Tara S. Knee**
Tara S. Knee
Bar Number ASB-7734-A61K
Assistant Attorney General
Assistant General Counsel
Alabama Department of Corrections

## **CERTIFICATE OF SERVICE**

I also hereby certify that I have mailed by United States Postal Service to the following:

>Alonzo Morefield
>GA No. 479955
>300 1st Avenue
>Reidsville, GA 30453

>/s/ **Tara S. Knee**
>Tara S. Knee
>Alabama Department of Corrections

ADDRESS OF COUNSEL:

Tara S. Knee
Alabama Department of Corrections
P.O. Box 301501
Montgomery, Alabama 36130
(334) 353-3881 Phone
(334) 353-3891 FAX
tara.knee@doc.alabama.gov