IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ALONZO MOREFIELD, JR. | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-80-MHT |
| KATHY HOLT | * | |
| Defendant. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Defendant's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendant's Motion for Extension of Time (Doc. No. 15) is GRANTED; and

2. Defendant is GRANTED an extension from March 12, 2007 to March 27, 2007 to file her answer and written report.

Done, this 13th day of March 2007.

    /s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE