IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ALONZO MOREFIELD, JR.           *

    Plaintiff,               *

       v.                    *           2:07-CV-80-MHT

KATHY HOLT                      *

    Defendant.               *

_____

**ORDER**

Upon consideration of Defendant's written report, and for good cause, it is

ORDERED that on or before April 17, 2007 Defendant shall file a supplement to her written report which responds to Plaintiff's contentions that 1) the detainer at issue is moot because his Alabama sentence on which the detainer was placed will expire before the sentence he is currently serving in Georgia will expire; and 2) placement of the detainer adversely impacts his classification and/or security level, his ability to engage in favorable prison programs, and/or his eligibility for early release.

Done, this 28th day of March 2007.


                                        /s/Terry F. Moorer
                                    TERRY F. MOORER
                                    UNITED STATES MAGISTRATE JUDGE