IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

ALONZO MOREFIELD, JR.,
PLAINTIFF,

vs-

KATHY HOLT, INDIVIDUALLY AND IN OFFICIAL CAPACITY ACTING UNDER COLOR OF STATE LAW,
DEFENDANT.

CIVIL ACTION NO.: 2:07-CV-80

42 U.S.C. 1983

## PETITION NOTIFYING COURT OF PRISON OFFICIALS DENIAL TO PROVIDE PLAINTIFF ACCESS TO COURT

Now comes Plaintiff notifying this court that this action is being intentionally sabotaged by prison officials who house Plaintiff at Georgia State Prison (GSP). Plaintiff must have access to prison law library to respond to all legal matters, research precedence and prepare legal filings.

On or about February 1, 2007, GSP closed prison satellite law library indefinitely which prejudices Plaintiff in his quest to be legally effective in the above styled action.

GSP Warden, Hugh A. Smith, has no intention to expedite the re-opening of law library which violates correctional policy, U.S. constitutional rights and access to courts.

The court is requested to act in a manner which best serves justice. Respectfully submitted,

ALONZO MOREFIELD, JR.
PLAINTIFF, PRO SE.

by: /s/ AM Jr

## CERTIFICATE OF SERVICE

This is to certify that a copy of this filing was served on Defendant by Clerk of U.S. District Court, via U.S. Mail postage pre-paid, addressed to: TARA S. KNEE, ASSISTANT ATTORNEY GENERAL, Asst. General Counsel, Alabama Dept. of Corrections, P.O. Box 301501, 301 South Ripley Street, Montgomery, AL. 36130-1501 This 29th day of March, 2007.

/s/ AM Jr

ALONZO MOREFIELD, JR.
#479955, GA. STATE PRISON
300 FIRST AVENUE
REIDSVILLE, GA. 30453

ALONZO MOREFIELD, JR
479755 EA STATE PRISON
BI24 HWY 147
REIDSVILLE, GA 30453

LEGAL
MAIL

DEBRA P. HACKETT, CLERK
U.S. DISTRICT COURT, MIDDLE DISTRICT OF
ALABAMA.
POST OFFICE BOX 711
MONTGOMERY, AL 36101-0711