# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA,
# NORTHERN DIVISION

| | |
|---|---|
| ALONZO MOREFIELD, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-CV-080 |
| | ) |
| KATHY HOLT, | ) |
| | ) |
| Defendant. | ) |

## SUPPLEMENTAL SPECIAL REPORT

Comes now the Defendant Kathy Holt, in the above-styled cause, and files her supplemental special report, pursuant to this Court's Order of March 28, 2007. Defendant states as follows:

1. "[T]he detainer at issue is moot because his Alabama sentence on which the detainer was placed will expire before the sentence on which the detainer was placed will expire before the sentence he is currently serving in Georgia will..." The detainer that was placed against Plaintiff is for notification purposes. The Alabama Department of Corrections needs to be notified prior to release from the custody and control of the Georgia Department of Corrections, even though Plaintiff's Alabama sentence should expire prior to the expiration of the Georgia sentence. (Ex. 1) As stated in the transcripts, the sentencing court

specifically ordered that Plaintiff be "brought back to court prior to release." (Ex. 1)

2.   "[P]lacement of the detainer adversely impacts his classification and/or security level, his ability to engage in favorable prison programs, and/or his eligibility for early release." Plaintiff's classification is governed by the Georgia Department of Corrections, not the Alabama Department of Corrections and its classification system. (Ex. 2)

Respectfully submitted this the 17th day of April, 2007,

/s/ **Tara S. Knee**
Tara S. Knee
Bar Number ASB-7734-A61K
Assistant Attorney General
Assistant General Counsel
Alabama Department of Corrections

# CERTIFICATE OF SERVICE

I also hereby certify that I have mailed by United States Postal Service to the following:

> Alonzo Morefield
> GA No. 479955
> 300 1st Avenue
> Reidsville, GA 30453

/s/ **Tara S. Knee**
Tara S. Knee
Alabama Department of Corrections

ADDRESS OF COUNSEL:

Tara S. Knee
Alabama Department of Corrections
P.O. Box 301501
Montgomery, Alabama 36130
(334) 353-3881 Phone
(334) 353-3891 FAX
tara.knee@doc.alabama.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| Alonzo Darryll Morefield, AIS No. 237882 )<br>Plaintiff ) | |
| ) | |
| vs. ) | CASE NO. CV-07-080 |
| ) | |
| Kathy Holt ) <br> Defendant ) | |

## SUPPLEMENT TO AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared one Mary Ann Little, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Mary Ann Little. I am presently employed by the State of Alabama, Department of Corrections, as Correctional Records Supervisor, 301 South Ripley Street, Montgomery, Alabama 36104.

This is to certify that Inmate Alonzo Darryll Morefield, AIS No. 237882, was sentenced November 16, 2004, to a term of twenty years split to serve five years on cases CC2004-1043, CC2004-1044, and CC2004-1045. Cases CC2004-1043, CC2004-1044 and CC2004-1045 require the inmate to be brought back before the court prior to release (See attachments A, B and C). The detainer lodged against Inmate Morefield is a notification only detainer, as Inmate Morefield's Alabama minimum release date is July 30, 2009 (See Attachment D), and as of the June 20, 2005 confirmation letter from the Georgia Department of Corrections his maximum release date with Georgia is October 7, 2020 (See attachment E). This is a valid detainer because the Alabama Department of Corrections wants to be notified if anything would cause his release from the Georgia Department of Corrections before July 30, 2009.

MARY ANN LITTLE
Correctional Records Supervisor

SWORN TO AND SUBSCRIBED BEFORE ME
THIS THE 17th DAY OF APRIL, 2007

KIMBERLY WHITNEY, NOTARY PUBLIC
State of Alabama at Large
My Commission Expires October 27, 2009

cc:   ICRF                        TO:   Tara S. Knee, Legal Division



DEFENDANT'S EXHIBIT 1

ATTACHMENT A

```
ACR359                    ALABAMA JUDICIAL DATA CENTER
                              MONTGOMERY COUNTY
                              TRANSCRIPT OF RECORD
                              CONVICTION REPORT
                                                    CC 2004 001043.00 01
            251115                                  EUGENE W. REESE
-----------------------------------------------------------------------------
| CIRCUIT COURT OF MONTGOMERY COUNTY          | COURT ORI: 003045 J        |
-----------------------------------------------------------------------------
| STATE OF ALABAMA          VS.               | DC NO: GJ 2000 020001.00   |
| MOREFIELD ALONZO DARRYLL    ALIAS:          | G J:   1                   |
| 2164 HWY 147                ALIAS:          | SSN:   420020777           |
| TATTNELL   GA   30147                       | SID:   001407360           |
|                                             | AIS:   000000              |
-----------------------------------------------------------------------------
| DOB: 11/15/1965   SEX: M   HT: 6 03   WT: 200   HAIR: BLK    EYE: BRO    |
| RACE: ( )W (X)B ( )O   COMPLEXION: ____  AGE: ____  FEATURES: ____       |
-----------------------------------------------------------------------------
| DATE OFFENSE: 00/00/0000  ARREST DATE: 00/00/0000  ARREST ORI: 0030100   |
-----------------------------------------------------------------------------
| CHARGES @ CONV      CITES           CT CL  COURT ACTION      CA DATE     |
| IMPERSONATE PEACE   13A-010-011     01  C  GUILTY PLEA       10/26/2004  |
411C|                                  00                        00/00/0000  |
|                                     00                        00/00/0000  |
-----------------------------------------------------------------------------
| JUDGE: EUGENE W. REESE — 0319        PROSECUTOR:                         |
-----------------------------------------------------------------------------
| PROBATION APPLIED  GRANTED  DATE    REARRESTED DATE    REVOKED   DATE    |
| (X)Y( )N  10262004 ( )Y( )N ____    ( )Y( )N ____      ( )Y( )N ____     |
-----------------------------------------------------------------------------
| 15-18-8, CODE OF ALA 1975    IMPOSED     SUSPENDED     TOTAL   JAIL CREDIT|
|   (X)Y ( )N  CONFINEMENT:   05 00 000   15 00 000   20 00 000  00 00 105 |
|              PROBATION  :   03 00 000                03 00 000           |
| DATE SENTENCED: 11/16/2004    SENTENCE BEGINS: 11/16/2004                |
-----------------------------------------------------------------------------
| PROVISIONS             COSTS/RESTITUTION         DUE          ORDERED    |
|                                                                          |
| PENITENTIARY          RESTITUTION              $0.00          $0.00      |
| CONCURR SENT          ATTORNEY FEE             $0.00          $0.00      |
| HABITUAL OFDR         CRIME VICTIMS           $50.00         $50.00      |
| SPLIT SENTENC -08     COST                   $623.00        $623.00      |
|                       FINE                     $0.00          $0.00      |
|                       MUNICIPAL FEES           $0.00          $0.00      |
|                       DRUG FEES                $0.00          $0.00      |
|                       ADDTL DEFENDANT          $0.00          $0.00      |
|                       DA FEES                  $0.00          $0.00      |
|                       COLLECTION ACCT          $0.00          $0.00      |
|                       JAIL FEES                $0.00          $0.00      |
|                                                                          |
|                       TOTAL                  $673.00        $673.00      |
-----------------------------------------------------------------------------
| APPEAL DATE       SUSPENDED        AFFIRMED           REARREST           |
| ( )Y( )N ____   ( )Y( )N ____   ( )Y( )N ____     ( )Y( )N ____          |
-----------------------------------------------------------------------------
| REMARKS:                    THIS IS TO CERTIFY THAT THE                  |
|                             ABOVE INFORMATION WAS EXTRACTED              |
|                             FROM OFFICIAL COURT RECORDS                  |
|                             AND IS TRUE AND CORRECT.                    |
| 50% OF MONIES TO COURT.                                                  |
| SEN TO RUN CC W/ ALL OTHER SENTS DEF IS CURRENTLY SERVING INCLUDING     |
| ANY SENTENCE(S) HE IS SERVING IN THE STATE OF GEORGIA.                  |
| DEF TO BE BROUGHT BACK BEFORE THE COURT PRIOR TO RELEASE TO DOC.        |
|                                                                          |
|                             Melissa Rittenour                            |
|                             MELISSA RITTENOUR(CC)                        |
|  0023788                    11/24/2004                                   |
-----------------------------------------------------------------------------
OPERATOR: DBH
PREPARED: 11/24/2004
```

Entered Terminals
_____
(date)   initials

Entered Terminals
12/2/04
(date)   initials

ATTACHMENT B

```
ACR359                    ALABAMA JUDICIAL DATA CENTER
                             MONTGOMERY COUNTY
                             TRANSCRIPT OF RECORD
                              CONVICTION REPORT
                                                        CC 2004 001044.00 01
                           25115                         EUGENE W. REESE
---------------------------------------------------------------------------
 CIRCUIT COURT OF MONTGOMERY COUNTY             COURT ORI: 003045 J
---------------------------------------------------------------------------
 STATE OF ALABAMA        VS.                   DC NO: GJ 2000 020003.00
 MOREFIELD ALONZO DARRYLL   ALIAS:              G J:    3
 2164 HWY 147               ALIAS:              SSN:    420020777
 TATTNELL   GA   30147                          SID:    001407360
                                                AIS:
---------------------------------------------------------------------------
 DOB: 11/15/1965  SEX: M   HT: 6 03   WT: 200  HAIR: BLK   EYE: BRO
 RACE: ( )W (X)B ( )O  COMPLEXION: _____  AGE: ____  FEATURES: ____
---------------------------------------------------------------------------
 DATE OFFENSE: 00/00/0000  ARREST DATE: 00/00/0000  ARREST ORI: 0030100
---------------------------------------------------------------------------
 CHARGES @ CONV      CITES         CT CL  COURT ACTION      CA DATE
 IMPERSONATE PEACE   13A-010-011   01 C   GUILTY PLEA       10/26/2004
203M THEFT OF PROP 3RD  13A-008-005   01 A   GUILTY PLEA       10/26/2004
203M THEFT OF PROP 3RD  13A-008-005   01 A   GUILTY PLEA       10/26/2004
---------------------------------------------------------------------------
 JUDGE: EUGENE W. REESE  0319    PROSECUTOR:
---------------------------------------------------------------------------
 PROBATION APPLIED    GRANTED   DATE    REARRESTED DATE   REVOKED  DATE
 (X)Y( )N 10262004  ( )Y( )N _____   ( )Y( )N _____  ( )Y( )N ____
---------------------------------------------------------------------------
 15-18-8, CODE OF ALA 1975   IMPOSED    SUSPENDED    TOTAL     JAIL CREDIT
  (X)Y ( )N  CONFINEMENT:  05 00 000   15 00 000   20 00 000   00 00 105
             PROBATION  :  03 00 000                03 00 000
 DATE SENTENCED: 11/16/2004    SENTENCE BEGINS: 11/16/2004
---------------------------------------------------------------------------
 PROVISIONS              COSTS/RESTITUTION       DUE         ORDERED

  PENITENTIARY           RESTITUTION          $119.20        $119.20
  CONCURR SENT           ATTORNEY FEE           $0.00          $0.00
  HABITUAL OFDR          CRIME VICTIMS        $100.00        $100.00
  SPLIT SENTENC -08      COST                 $815.00        $815.00
                         FINE                   $0.00          $0.00
                         MUNICIPAL FEES         $0.00          $0.00
                         DRUG FEES              $0.00          $0.00
                         ADDTL DEFENDANT        $0.00          $0.00
                         DA FEES                $0.00          $0.00
                         COLLECTION ACCT        $0.00          $0.00
                         JAIL FEES              $0.00          $0.00

                         TOTAL               $1034.20       $1034.20
---------------------------------------------------------------------------
 APPEAL DATE      SUSPENDED         AFFIRMED            REARREST
 ( )Y( )N _____  ( )Y( )N _____   ( )Y( )N _____     ( )Y( )N _____
---------------------------------------------------------------------------
 REMARKS:                         THIS IS TO CERTIFY THAT THE
                                  ABOVE INFORMATION WAS EXTRACTED
                                  FROM OFFICIAL COURT RECORDS
                                  AND IS TRUE AND CORRECT.
 CT 1 (20 YRS SPLIT TO SERVE 5 YRS) & CTS 2 & 3 (12 MOS IN MCDF). CTS
 TO RUN CC W/ EA OTHER & CC W/ ALL OTHER SENTS DEF IS CURRENTLY SERVING
 INCLUDING ANY SENT(S) HE IS SERVING IN THE STATE OF GEORGIA. 50% OF
 MONIES TO COURT. DEF TO BE BROUGHT BACK TO COURT PRIOR TO RELEASE.

                                   Melissa Rittenour
                                  MELISSA RITTENOUR(CC)

    FA 00237882                    11/24/2004

---------------------------------------------------------------------------
 OPERATOR: DBH
 PREPARED: 11/24/2004
                            Entered Terminals
                            12/2/04    lmg
                            (date)    initials
```

```
ACR359                  ALABAMA JUDICIAL DATA CENTER
                            MONTGOMERY COUNTY
                            TRANSCRIPT OF RECORD
                            CONVICTION REPORT
                                             CC 2004 001045.00 01
                                             EUGENE W. REESE
```

| CIRCUIT COURT OF MONTGOMERY COUNTY | COURT ORI: 003045 J |
|---|---|

| STATE OF ALABAMA        VS. | | DC NO: GJ 2000 020004.00 |
|---|---|---|
| MOREFIELD ALONZO DARRYLL   ALIAS: | | G J:   4 |
| 2164 HWY 147              ALIAS: | | SSN:   420020777 |
| TATTNELL  GA  30147 | | SID:   001407360 |
| | | AIS: |

| DOB: 11/15/1965   SEX: M   HT: 6 03   WT: 200   HAIR: BLK   EYE: BRO |
|---|
| RACE: ( )W (X)B ( )O   COMPLEXION: ___   AGE: ___   FEATURES: ___ |

DATE OFFENSE: 00/00/0000   ARREST DATE: 00/00/0000   ARREST ORI: 0030100

| # | CHARGES @ CONV | CITES | CT | CL | COURT ACTION | CA DATE |
|---|---|---|---|---|---|---|
| 1 | IMPERSONATE PEACE | 13A-010-011 411C | 01 | C | GUILTY PLEA | 10/26/2004 |
| 2 | KIDNAPPING 2ND DEG | 13A-006-044 52B | 01 | B | GUILTY PLEA | 10/26/2004 |
| 3 | THEFT OF PROP 3RD | 13A-008-005 | 01 | A | GUILTY PLEA | 10/26/2004 |
| 4 | THEFT OF PROP 3RD | 13A-008-005 | 01 | A | GUILTY PLEA | 10/26/2004 |
| 5 | THEFT OF PROP 2ND | 13A-008-004 102B | 01 | C | GUILTY PLEA | 10/26//200 |
| 6 | ~~Theft of Prop 2ND~~ | ~~13A~~ 702B | | | | |

JUDGE: EUGENE W. REESE          PROSECUTOR:

PROBATION APPLIED   GRANTED   DATE        REARRESTED DATE   REVOKED   DATE
(X)Y ( )N  10262004 ( )Y ( )N _____   ( )Y ( )N _____   ( )Y ( )N _____

15-18-8, CODE OF ALA 1975    IMPOSED    SUSPENDED    TOTAL    JAIL CREDIT
(X)Y ( )N   CONFINEMENT:   05 00 000   15 00 000   20 00 000   00 00 105
            PROBATION  :   03 00 000               03 00 000
DATE SENTENCED: 11/16/2004    SENTENCE BEGINS: 11/16/2004

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|---|
| PENITENTIARY | RESTITUTION | $758.48 | $758.48 |
| CONCURR SENT | ATTORNEY FEE | $0.00 | $0.00 |
| HABITUAL OFDR | CRIME VICTIMS | $250.00 | $250.00 |
| SPLIT SENTENC | COST | $815.00 | $815.00 |
| | FINE | $0.00 | $0.00 |
| | MUNICIPAL FEES | $0.00 | $0.00 |
| | DRUG FEES | $0.00 | $0.00 |
| | ADDTL DEFENDANT | $0.00 | $0.00 |
| | DA FEES | $0.00 | $0.00 |
| | COLLECTION ACCT | $0.00 | $0.00 |
| | JAIL FEES | $0.00 | $0.00 |
| | TOTAL | $1823.48 | $1823.48 |

*ERROR IN TRANSCRIPT CORRECTION REQUESTED — Count 6 got left off Transcript*

APPEAL DATE    SUSPENDED        AFFIRMED         REARREST
( )Y ( )N ___   ( )Y ( )N ___   ( )Y ( )N ___   ( )Y ( )N ___

REMARKS:                         THIS IS TO CERTIFY THAT THE
                                 ABOVE INFORMATION WAS EXTRACTED
                                 FROM OFFICIAL COURT RECORDS
                                 AND IS TRUE AND CORRECT.
CTS 1,2,5,6 (20 YRS SPLIT TO SERVE 5 YRS) & CTS 3 & 4 (12 MOS - MCDF).
CTS TO RUN CC W/ EA OTHER & CC W/ ALL OTHER SENTS DEF IS CURRENTLY
SERVING INCLUDING ANY SENT(S) HE IS SERVING IN THE STATE OF GEORGIA.
50% OF MONIES TO COURT. DEF TO BE BROUGHT BACK TO COURT PRIOR TO EOS.

AC237882                                    *Melissa Rittenour*
Georgia.                                    MELISSA RITTENOUR (CC)
                                            11/24/2004
                    Certified Copy Received

OPERATOR: DBH
PREPARED: 11/24/2004           FILE      *moved to Ga.*

2-25-05
Per Moore Montgomery Co S.O.
12/11/04 was sent to Georgia.  *Entered Terminals 2-25-05 (by) (date)*

NOV 30 2004

ATTACHMENT D

```
                           ALABAMA DEPARTMENT OF CORRECTIONS
CBR716-C                    INMATE SUMMARY AS OF 02/14/2007              CODE: CRSUM

==============================================================================

AIS: 0003783Ø     INMATE: MOREFIELD, ALONZO DARRYLL          RACE: B  SEX: M

INST: G11 - GEORGIA                          DORM: 00  JAIL CR: 000Y 03M 15D

DOB: 11/15/1965  SSN: 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

ADM DT: 11/16/2004 DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMMITMENT - SPLIT SENTENC      STAT: NEW COMMITMENT - SPLIT SENTENC

CURRENT CUST: OTMS   CURRENT CUST DT: 11/16/2004  PAROLE REVIEW DATE: - NONE -

SECURITY LEVEL: NO CLASSIFICATION RECORD FOUND

SERVING UNDER ACT446 LAW IN CLASS IV         CURRENT CLASS DATE:   11/16/2004
INMATE IS EARNING : STRAIGHT TIME

COUNTY       SENT DT  CASE NO   CRIME                           JL-CR     TERM
MONTGOMERY  11/16/04  NO4001043 IMPERSONATING PEACE OFFICE    01050 005Y 00M 00D CS
                            3YRS PROBATION
        ATTORNEY FEES : $000000      HABITUAL OFFENDER : Y
        COURT COSTS   : $000623      FINES : $000000      RESTITUTION : $000050
MONTGOMERY  11/16/04  NO4001045 IMPERSONATING PEACE OFFICE    01050 005Y 00M 00D CC
                            CT 1;3YRS PROBATION
        ATTORNEY FEES : $000000      HABITUAL OFFENDER : Y
        COURT COSTS   : $000815      FINES : $000000      RESTITUTION : $0001008
MONTGOMERY  11/16/04  NO4001045 KIDNAPPING II                 01050 005Y 00M 00D CC
                            CT 2;3YRS PROBATION
        ATTORNEY FEES : $000000      HABITUAL OFFENDER : Y
MONTGOMERY  11/16/04  NO4001045 THEFT OF PROPERTY II          01050 005Y 00M 00D CC
                            CTS 5 & 6; 3YRS PROBATION
        ATTORNEY FEES : $000000      HABITUAL OFFENDER : Y
MONTGOMERY  11/16/04  NO4001044 IMPERSONATING PEACE OFFICE    01050 005Y 00M 00D CC
                            COUNT 1
        ATTORNEY FEES : $000000      HABITUAL OFFENDER : Y
        COURT COSTS   : $000815      FINES : $000000      RESTITUTION : $000219

 TOTAL TERM       MIN REL DT     GOOD TIME BAL      GOOD TIME REV       LONG DATE
005Y 00M 00D      07/30/2009     000Y 00M 00D       000Y 00M 00D        07/30/2009

INMATE LITERAL: CCM/GA CASES; RTN TO COURT PRIOR TO RELEASE
==============================================================================

DETAINER WARRANTS SUMMARY

>DET WRT 06/08/2005 TYPE NOTIFICATION ONLY       AL DEPARTMENT OF CORRECTIONS
    LITERAL: GA DOC/REL 10-7-2020                SEQ #: 03    CASE #: LF479955
    OFFENSE: 000 - UNKNOWN

>DET WRT 11/16/2004 TYPE NOTIFICATION ONLY       MONTGOMERY CO S.O.
    LITERAL: CTS 3 & 4;1YR CC W/STATE            SEQ #: 02    CASE #: CC04-1045
    OFFENSE: 2031 - THEFT OF PROPERTY III


                           CONTINUED ON NEXT PAGE
```

```
CSR716-2                    ALABAMA DEPARTMENT OF CORRECTIONS
                            INMATE SUMMARY AS OF 02/14/2007           CODE: CRSUM

                                   CONTINUATION

AIS: 00237892      INMATE: HORSFIELD, ALONZO DARRYLL            RACE: B  SEX: M
```

DETAINER WARRANTS SUMMARY

```
>DCT WRT 11/28/2004 TYPE NOTIFICATION ONLY         MONTGOMERY CO SO
    LITERAL: 2CTS; 1YR CCW/STATE                   SEQ #: 01    CASE #: CC04-1044
    OFFENSE: 103N - THEFT OF PROPERTY III
```

ESCAPEE/PAROLE SUMMARY

    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ADOC SINCE ODSCIS RECORDING B

DISCIPLINARY/CITATION SUMMARY

    INMATE CURRENTLY HAS NO DISCIPLINARY/CITATION RECORDS

**GEORGIA DEPARTMENT OF CORRECTIONS**

Floyd Veterans Memorial Building
Room 756 - East Tower
Atlanta, Georgia 30334

Sonny Perdue
Governor

James E. Donald
Commissioner

TO: HOLT, KATHY
AL. DEPT. OF CORRECTIONS
POST OFFICE BOX 301501
MONTGOMERY, AL # 36130-1501

Date: 06/20/05
AL Number: AIS# 237882
AL Name:
MOREFIELD, ALONZO DARRYLL

RE: MOREFIELD, ALONZO       EF-0000479955 , GDC ID - 0001092228
GA STATE PRISON  REIDSVILLE, GA

Subject : Request for detainer (See attached detainer for charges)

Dear Sir:

Your detainer is acknowledged and has been filed against the above named inmate. By copy of this notification, the Warden/Superintendent, having physical custody of the inmate, will be instructed to inform the inmate of the source and content of your detainer.

Our files have been marked to show that you are to be advised approximately thirty (30) days in advance of this inmate's release date so that you may arrange to take custody of him.

In the event the charges pending against this inmate are withdrawn prior to the expiration of his penitentiary sentence, it is requested that you advise us.

Sincerely,

JAMES E. DONALD, COMMISSIONER
DEPARTMENT OF CORRECTIONS

BY: _Calvin J. Brown_
CALVIN J. BROWN, DIRECTOR
INMATE ADMINISTRATION

JD/cjb

**Note to Warden/Superintendent:**
Subject cannot file for final disposition on these charges under the Agreement on Detainers.

NOTE: This Detainer supercedes Detainer placed on 03/23/2004
Maximum Release Date:
10/07/2020

Tentative Parole Date:
99/99/9999

cc: Warden/Inmate
State Board of Pardons and Paroles
Central Office File

JUN 29 2005

Equal Opportunity Employer

Version 1.0

CC0624

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ALONZO MOREFIELD JR.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-CV-80-MHT |
| ) | |
| **KATHY HOLT** ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT

STATE OF ALABAMA          X
                          X
MONTGOMERY COUNTY         X

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Paul Whaley, II, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Paul Whaley, II, and I am presently employed as the Director of Classification for the Alabama Department of Corrections (ADOC). I am over the age of twenty-one (21) years.

Inmate Alonzo Morefield, Jr. is currently serving a sentence in the custody of the Georgia Department of Corrections. As he is not confined within the ADOC, he is not subject to the rules of the ADOC Classification Manual.



Affidavit of Paul Whaley II
<u>Morefield v. Holt</u> CV-07-80-MHT

_____
Paul Whaley II

Sworn to and subscribed before me this 17th day of April 2007.

_____
Notary Public

My Commission Expires 3/27/2011