IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ALONZO MOREFIELD, JR. | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-80-MHT |
| KATHY HOLT | * | |
| Defendant. | * | |

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's pleading captioned *Motion for Production of Evidence Favorable to Plaintiff and Discovery*. Plaintiff's motion has been read, considered and shall be denied. The documents and information requested in Plaintiff's motion are either cumulative of information already provided by Defendants or irrelevant to a determination of the issue pending before this court. Plaintiff's request, however, may be reconsidered if warranted by further developments in this case.

Accordingly, it is

ORDERED that the Motion for Production of Evidence Favorable to Plaintiff and Discovery (Doc. No. 24) be and is hereby DENIED.

Done, this 29th day of May 2007.

                                           /s/ Terry F. Moorer
                                     TERRY F. MOORER
                                     UNITED STATES MAGISTRATE JUDGE