Alonzo Morefield, Jr.
Jail House Lawyer No. 479955
HAYS STATE PRISON
777 Underwood Drive
Trion, GA. 30753

Debra P. Hackett, Clerk
U.S. District Court,
P.O. Box 711
Montgomery, AL. 36101-0711

RECEIVED
7 OCT -1 A 9:
DEBRA P. HACK
U.S. DISTRICT
MIDDLE DISTRICT AL

SEPT. 27, 2007
Case Nos.

Dear Clerks office,

I come to Notify You of My New Address which is Listed Above. Please Make The change on My pending Cases Filed in Your Districts Listed As:

1) 2:07-CV-00080-MHT-TFM
2) 2:06-CV-00976-MHT-DRB
3) 2:07-CV-00780-MHT-TFM

Direct All Questions to My New Address Listed Above

Thank You,

Alonzo Morefield, Jr.
Plaintiff / Petitioner
Pro se.

xc: File

LEGAL
MAIL

Shane Lee Malloy
5/27/07 Green Box Mark
Is in Compliance

36101-0711

Shane Lee Malloy, Jr, ESQ.
Life House Ministry
P.O. Box 888
Union City, GA 30253

Debra P. Hackett, Clerk
U.S. District Court, Middle District of Alabama
P.O. Box 711
Montgomery, AL 36101-0711

28 SEP 2007 PM
CHATTANOOGA TN 374

USA FIRST CLASS FOREVER