IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u>         DIVISION

ALONZO MOREFIELD          )
                          )
    Plaintiff,            )
                          )
v.                        )   CASE NO. <u>2:07-CV-80</u>
                          )
KATHY HOLT                )
                          )
    Defendants,           )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>Kathy Holt</u>, a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                    <u>Relationship to Party</u>


12/17/2007                              /s/ Tara S. Knee
Date                                    (Signature)

                                        Tara S. Knee
                                        (Counsel's Name)

                                        Kathy Holt
                                        Counsel for (print names of all parties)
                                        P.O. Box 301501
                                        Montgomery, AL 36130
                                        Address, City, State Zip Code
                                        334-353-3881
                                        Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Tara S. Knee, do hereby Certify that a true and correct copy of the foregoing has been furnished by US Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 17th day of December 20 07, to:

Inmate Alonzo Morefield

GA No. 479955

300 1st Avenue

Reidsville, GA 30453


12/17/2007
Date

/s/ Tara S. Knee
Signature