IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ALONZO MOREFIELD** | ) |
| | ) |
| **v.** | ) Case No.:   **2:07-CV-0080-MHT-TFM** |
| | ) |
| **KATHY HOLT,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

COMES NOW Tara S. Knee and withdraws her name as counsel of record for Defendant Kathy Holt on the grounds that she is no longer employed by the Alabama Department of Corrections, and that Kim T. Thomas, Esq. will continue to represent said Defendant.

Therefore, no further notices regarding this case need to be sent to Tara S. Knee.

Respectfully submitted this the 21st day of August 2008.

                                                       s/ Tara S. Knee
                                                      TARA S. KNEE      (KNE003)

OF COUNSEL:
ALABAMA STATE PERSONNEL DEPARTMENT
Folsom Administrative Building
64 N. Union Street, Suite 316
Montgomery, Alabama 36130
Telephone:   (334) 353-0046
Facsimile:    (334) 353-4481
Email:          Tara.Knee@personnel.alabama.gov

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing pleading upon the following by placing same in the United States Mail, first class postage prepaid, and properly addressed on August 21, 2008:

Alonzo Morefield
GA No. 479955
300 1st Avenue
Reidsville, GA   30453

                                                    s/ Tara S. Knee
                                                    OF COUNSEL