IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ALONZO MOREFIELD, JR. | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-80-MHT |
| KATHY HOLT | * | |
| Defendant. | * | |

_____

**ORDER ON MOTION**

Counsel for Defendant Holt has filed a Motion to Withdraw. Upon consideration of the motion, and for good cause, it is

ORDERED that the Motion to Withdraw (*Doc. No. 30*) be and is hereby GRANTED

Done, this 21st day of August 2008.

        /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE